IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDICE LEWIS,

    Petitioner,                    No. 2:11-cv-0423 TLN EFB P

    vs.

WALTER MILLER,

    Respondent.                <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on April 24, 2013. On May 24, 2013, petitioner filed a notice of appeal. On the same date, petitioner filed a request to proceed *in forma pauperis* on appeal.

       Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

1

In petitioner's motion to proceed *in forma pauperis*, she states that she intends to appeal the court's denial of her Eighth Amendment claim. Petitioner did not, however, claim entitlement to redress or file a declaration demonstrating her inability to pay or to give security for fees and costs.

Accordingly, IT IS HEREBY ORDERED that petitioner's May 24, 2013 request to proceed *in forma pauperis* on appeal is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and petitioner is hereby informed that she may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: May 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE