IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDICE LEWIS,

      Petitioner,                    No. 2:11-cv-0423 TLN EFB P

      vs.

WALTER MILLER,

      Respondent.                ORDER

_____/

      Petitioner, a state prisoner proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on April 24, 2013. On May 24, 2013, petitioner filed a notice of appeal. On the same date, petitioner filed a request to proceed *in forma pauperis* on appeal.

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

      (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
      (B) claims an entitlement to redress; and
      (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

1  In petitioner's motion to proceed *in forma pauperis*, she states that she intends to appeal
2 the court's denial of her Eighth Amendment claim.  Petitioner did not, however, claim
3 entitlement to redress or file a declaration demonstrating her inability to pay or to give security
4 for fees and costs.
5  Accordingly, IT IS HEREBY ORDERED that petitioner's May 24, 2013 request to
6 proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is
7 directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,
8 and petitioner is hereby informed that she may file a motion to proceed *in forma pauperis* in the
9 United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).
10 DATED: May 29, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE